CO-386
10/2018

# United States District Court
# For the District of Columbia

GIFFORDS, )
)
)
)
Plaintiff )
)   Civil Action No. __1:21-cv-02887_____
vs )
)
NATIONAL RIFLE ASSOCIATION OF )
AMERICA POLITICAL VICTORY FUND, et al. )
)
Defendant )

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for __GIFFORDS_____ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __GIFFORDS_____ which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

__/s/ Molly E. Danahy_____
Signature

DC Bar No. 1643411
_____   Molly E. Danahy_____
BAR IDENTIFICATION NO.   Print Name

1101 14th St. NW_____
Address

Washington DC, 20005_____
City            State            Zip Code

(202) 736-2203_____
Phone Number