UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GIFFORDS,<br><br>                Plaintiff,<br><br>      v.<br><br>NATIONAL RIFLE ASSOCIATION POLITICAL VICTORY FUND, ET AL.,<br><br>                Defendants. | Civil Action No. 1:21-cv-02887 |

## MOTION TO ADMIT J. ADAM SKAGGS *PRO HAC VICE*

Pursuant to Local Rule 83.2, Molly E. Danahy, a member of the Bar of this Court, respectfully moves for the admission *pro hac vice* of attorney J. Adam Skaggs on behalf of Plaintiff Giffords in the above-captioned matter. Attached as Exhibit I hereto is a declaration by Mr. Skaggs in accordance with Local Rule 83.2.

Dated: November 2, 2021

                                                Respectfully submitted,

                                                /s/ Molly E. Danahy
                                                Molly E. Danahy
                                                (DC Bar: 1643411)
                                                Campaign Legal Center Action
                                                1101 14th Street NW, Suite 400
                                                Washington, DC 20005
                                                Tel: (202) 736-2200
                                                Fax: (202) 736-2222
                                                mdanahy@campaignlegal.org

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing is being served via U.S. Mail to:

NATIONAL RIFLE ASSOCIATION OF AMERICA POLITICAL VICTORY FUND, 11250 Waples Mill Road Fairfax, VA 22030,

NATIONAL RIFLE ASSOCIATION OF AMERICA INSTITUTE FOR LEGISLATIVE ACTION, 11250 Waples Mill Road Fairfax, VA 22030,

MATT ROSENDALE FOR MONTANA, P.O. Box 4907, Helena Montana, 59604, and

JOSH HAWLEY FOR SENATE, P.O. Box 31476, St. Louis, MO 63131.

/s/ *Molly E. Danahy*
Molly E. Danahy