UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GIFFORDS,<br><br>      Plaintiff,<br><br>    v.<br><br>NATIONAL RIFLE ASSOCIATION POLITICAL VICTORY FUND, ET AL.,<br>      Defendants. | Civil Action No. 1:21-cv-02887 |

## DECLARATION OF J. ADAM SKAGGS

Pursuant to 28 U.S.C. § 1746 and Local Rule 83.2, I, J. Adam Skaggs, declare as follows:

1. I am over the age of 18 and competent to testify. My business address is 223 West 38th Street #90, New York, NY 10018, and my phone number is (917) 680-3473.

2. I am admitted to practice, in active status, and in good standing in the New York state bar.

3. I have never been disbarred or suspended from practice before any court, department, bureau, or commission pertaining to conduct or fitness as a member of the bar, or received a reprimand or been subject to other disciplinary action from any such court, department, bureau, or commission pertaining to conduct or fitness as a member of the bar.

4. Within the last two years, I have been admitted *pro hac vice* in this Court in three cases. *See Giffords Law Center to Prevent Gun Violence v. Bureau of Alcohol, Tobacco, Firearms and Explosives*, No.17-2363 (admitted *pro hac vice* on November 30, 2017) (case closed on January 23, 2020); *Giffords Law Center to Prevent GunViolence v. Dep't of Justice*, No. 17-2583 (admitted *pro hac vice* on December 15, 2017) (case closed July 18, 2018); *Giffords v. FEC*, No. 19-cv-1192 (admitted *pro hac vice* on April 26, 2019).

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and that this Declaration was prepared in Washington, DC on November 2, 2021.

Certified: _____
J. Adam Skaggs
223 West 38th St. #90
New York, NY 10018
Tel: (917) 680-3473
Fax: (415) 433-3357
askaggs@giffords.org