AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* National Rifle Association of America Political Victory Fund
was received by me on *(date)* 11/3/2021 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*:
On November 5, 2021, I sent by certified mail copies of the complaint, certificate of disclosure, summons and all other documents initially filed with the complaint to the National Rifle Association of America Political Victory Fund, pursuant to FRCP 4(h)(1)(A), 4(e)(1), and DC CR 4(c). The documents were received by the NRA-PFV on November 10, 2021.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 11/18/2021

/s/ *Abreya Bailey-Higgins*
*Server's signature*

Abreya Bailey-Higgins, CLC Action Paralegal
*Printed name and title*

Campaign Legal Center Action
1101 14th St. NW, Ste. 400
Washington, DC 20005
*Server's address*

Additional information regarding attempted service, etc:

Attached as Exhibit 1 and 2 are the following USPS documents showing proof of service of copies of the complaint, certificate of disclosure, summons and all other initially filed documentation to the National Rifle Association of America Political Victory Fund: (i) certified mail receipt # 7021-0350-0001-1593-6168 and (ii) electronic delivery confirmation for mail package # 7021-0350-0001-1593-6168.

# EXHIBIT 1



# EXHIBIT 2

# USPS Tracking®

FAQs >

**Track Another Package +**

Remove X

**Tracking Number:** 70210350000115936168

Your item was picked up at a postal facility at 10:29 am on November 10, 2021 in FAIRFAX, VA 22030.

## ✓ Delivered, Individual Picked Up at Postal Facility

November 10, 2021 at 10:29 am
FAIRFAX, VA 22030

Feedback

Get Updates ∨

---

Text & Email Updates                                            ∨

---

Tracking History                                                ∨

---

Product Information                                             ∨

---

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.