AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Matt Rosendale for Montana
was received by me on *(date)* 11/3/2021 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*:
On November 5, 2021, I sent by certified mail copies of the complaint, certificate of disclosure, summons and all other documents initially filed with the complaint to Matt Rosendale for Montana pursuant to FRCP 4(h)(1)(A), 4(e)(1), and DC CR 4(c). The documents were received by Matt Rosendale for Montana on November 9, 2021.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 11/18/2021

/s/ *Abreya Bailey-Higgins*
*Server's signature*

Abreya Bailey-Higgins, CLC Action Paralegal
*Printed name and title*

Campaign Legal Center Action
1101 14th St. NW, Ste. 400
Washington, DC 20005
*Server's address*

Additional information regarding attempted service, etc:

Attached as Exhibit 1 and 2 are the following USPS documents showing proof of service of copies of the complaint, certificate of disclosure, summons and all other initially filed documentation to Matt Rosendale for Montana: (i) certified mail receipt # 7021-0350-0001-1593-6199 and (ii) electronic delivery confirmation for mail package # 7021-0350-0001-1593-6199.

# EXHIBIT 1



# EXHIBIT 2

# USPS Tracking®

FAQs >

**Track Another Package +**

Remove X

**Tracking Number:** 70210350000115936199

Your item was picked up at the post office at 8:26 am on November 9, 2021 in HELENA, MT 59601.

## ⊘ Delivered, Individual Picked Up at Post Office

November 9, 2021 at 8:26 am
HELENA, MT 59601

Feedback

**Get Updates** ⌄

---

**Text & Email Updates** ⌄

---

**Tracking History** ⌃

November 9, 2021, 8:26 am
Delivered, Individual Picked Up at Post Office
HELENA, MT 59601
Your item was picked up at the post office at 8:26 am on November 9, 2021 in HELENA, MT 59601.

November 8, 2021, 9:23 am
Available for Pickup
HELENA, MT 59604

November 8, 2021, 8:40 am
Arrived at Post Office
HELENA, MT 59601