AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Josh Hawley for Senate**

was received by me on *(date)* **11/3/2021** .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: On November 17, 2021, I delivered by electronic mail copies of the complaint, certificate of disclosure, summons and all other documents initially filed with the complaint to Jessica Furst Johnson, counsel for Josh Hawley for Senate, who accepted service on behalf of the defendant.

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00** .

I declare under penalty of perjury that this information is true.

Date: **11/17/2021**

*Molly Danahy*
*Server's signature*

Molly E. Danahy, Senior Legal Counsel
*Printed name and title*

Campaign Legal Center Action
1101 14th St. NW, Ste. 400
Washington, DC 20005
*Server's address*

Additional information regarding attempted service, etc: