AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Giffords | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 1:21-cv-02887-EGS |
| National Rifle Assn of Am Political Victory Fund et al | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Giffords

Date:   11/18/2021

/s David Pucino
*Attorney's signature*

David Pucino, admitted pro hac vice
*Printed name and bar number*
223 West 38th St #90
New York, NY 10018

*Address*

dpucino@giffords.org
*E-mail address*

(917) 524-7816
*Telephone number*

*FAX number*