AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| GIFFORDS | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:21-cv-02887-EGS |
| NRA of America Political Victory Fund et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Matt Rosendale for Montana.

Date: 11/29/2021

/s/ Chris K. Gober
*Attorney's signature*

Chris Gober, D.C. Bar No. 975981
*Printed name and bar number*

The Gober Group PLLC
14425 Falcon Head Blvd. E-100
Austin, TX 78738
*Address*

cg@gobergroup.com
*E-mail address*

(512) 354-1783
*Telephone number*

*FAX number*