IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GIFFORDS,<br><br>      Plaintiff,<br><br>  v.<br><br>NATIONAL RIFLE ASSOCIATION OF AMERICA POLITICAL VICTORY FUND, *et al.*,<br><br>      Defendants. | No. 21-cv-2887-EGS |

**NOTICE OF WITHDRAWAL OF APPEARANCE OF COUNSEL**

Counsel for Plaintiff Giffords hereby provide notice of attorney J. Adam Skaggs's withdrawal from this matter pursuant to Local Civil Rule 83.6(b). Current counsel of record for Plaintiff, indicated below, will continue to appear as counsel of record.

Dated: February 18, 2022

Mark P. Gaber (DC Bar No. 988077)
Kevin P. Hancock^
Molly E. Danahy (DC Bar No. 1643411)
CAMPAIGN LEGAL CENTER ACTION
1101 14th Street NW, Ste. 400
Washington, DC 20005
(202) 736-2200
mgaber@campaignlegalcenter.org
khancock@campaignlegalcenter.org
mdanahy@campaignlegalcenter.org

*Counsel for Plaintiff Giffords*

^ *Admitted* Pro Hac Vice. *Barred in the State of New York. Not admitted to the D.C. Bar. Practicing under the supervision of Adav Noti, member of the D.C. Bar.*

Respectfully submitted,

/s/ *J. Adam Skaggs*
J. ADAM SKAGGS*
/s/ *David Pucino*
DAVID PUCINO*
Giffords Law Center to
Prevent Gun Violence
223 West 38th St. #90
New York, NY 10018
(917) 680-3473
askaggs@giffords.org
dpucino@giffords.org

* *Admitted* Pro Hac Vice