

FEDERAL ELECTION COMMISSION
Washington, DC 20463

September 1, 2022

**BY ELECTRONIC MAIL ONLY**
jessica@holtzmanvogel.com
jmbayes@holtzmanvogel.com
jtorchinsky@holtzmanvogel.com

Jessica Johnson
Michael Bayes
Jason Torchinsky
Holtzman Vogel Baran Torchinsky & Josefiak PLLC
15405 John Marshall Hwy
Haymarket, VA 20169

        RE:    MUR 7524
                  Josh Hawley for Senate and
                    Salvatore Purpura in his official
                    capacity as treasurer

Dear Ms. Johnson and Messrs. Bayes and Torchinsky:

      On October 29, 2018, the Federal Election Commission ("Commission") notified your clients, Josh Hawley for Senate and Salvatore Purpura in his official capacity as treasurer of a complaint alleging violations of the Federal Election Campaign Act of 1971, as amended (the "Act"). A copy of each complaint was forwarded to your clients at that time.

      The Commission considered the complaints but there was an insufficient number of votes to determine whether or not there was reason to believe that your clients violated 52 U.S.C. §§ 30104(b), 30116(f) and 30118(a), provisions of the Act. Accordingly, on August 29, 2022, the Commission closed its files in these matters.

MUR 7524
Jessica F. Johnson
Michael Bayes
Jason Torchinsky
Page 2

      Documents related to the case will be placed on the public record within 30 days. *See Disclosure of Certain Documents in Enforcement and Other Matters,* 81 Fed. Reg. 50,702 (Aug. 2, 2016). A Statement of Reasons explaining the Commission's decision will follow.

      If you have any questions, please contact me at (202) 694-1650.

      Sincerely,

      *Roy Q. Luckett*

      Roy Q. Luckett
      Acting Assistant General Counsel



FEDERAL ELECTION COMMISSION
Washington, DC 20463

September 7, 2022

**BY ELECTRONIC MAIL ONLY**
cspies@dickinson-wright.com; kreynolds@dickinson-wright.com

Charles Spies, Esq.
Katherine Reynolds, Esq.
Dickinson Wright PLLC
1825 Eye Street NW, Suite 900
Washington DC 20006

RE:   MURs 7427, 7497, 7524 and 7553
National Rifle Association of America Political Victory Fund and Robert Owens in his official capacity as treasurer
National Rifle Association Institute for Legislative Action and Robert Owens in his official capacity as treasurer

Dear Mr. Spies and Ms. Reynolds:

On July 20, 2018, September 21, 2018, October 29, 2018, and December 13, 2018, respectively, the Federal Election Commission ("Commission") notified your clients, National Rifle Association of America Political Victory Fund and Robert Owens in his official capacity as treasurer ("NRA-PVF"), and National Rifle Associate Institute for Legislative Action and Robert Owens in his official capacity as treasurer ("NRA-ILA") of complaints alleging violations of the Federal Election Campaign Act of 1971, as amended (the "Act").  A copy of each complaint was forwarded to your clients at that time.

The Commission considered the complaints but there was an insufficient number of votes to determine whether or not there was reason to believe that NRA-PVF violated 52 U.S.C. §§ 30104(b), 30116(a), and 30118(a) in MURs 7427, 7524 and 7553, and that NRA-ILA violated 52 U.S.C. §§ 30104(b), 30116(a), and 30118(a) in MURs 7427, 7497, 7524 and 7553, provisions of the Act.  Accordingly, on August 29, 2022, the Commission closed its files in these matters.

MURs 7427, 7497, 7524, and 7553
Charles Spies, Esq.
Katherine Reynolds, Esq.
Page 2

    Documents related to the case will be placed on the public record within 30 days. *See Disclosure of Certain Documents in Enforcement and Other Matters,* 81 Fed. Reg. 50,702 (Aug. 2, 2016). A Statement of Reasons explaining the Commission's decision will follow.

    If you have any questions, please contact me at (202) 694-1650.

                                 Sincerely,

                                 Roy Q. Luckett
                                 Acting Assistant General Counsel