UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GIFFORDS

    Plaintiff,

                              Case no: 1:21-cv-02887-EGS

v.                                   Hon. Emmet G. Sullivan

NATIONAL RIFLE ASSOCIATION OF
AMERICAN POLITICAL VICTORY
FUND, et al,

    Defendants.

_____/

## [PROPOSED] ORDER

This matter is before the Court on Defendants the National Rifle Association of America, the National Rifle Association of America Political Victory Fund, and Josh Hawley for Senate's Motion for Status Conference.  Upon due consideration of the Motion, and the Court being duly advised of the circumstances and premises:

    **IT IS HEREBY ORDERED** that the Motion for a Status Conference is **GRANTED**. The Court will enter a separate minute order regarding the forthcoming status conference.

    **IT IS SO ORDERED.**

Dated: _____                              _____

                                                         The Hon. Emmet G. Sullivan
                                                         United States District Judge