IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GIFFORDS,<br><br>   *Plaintiff*,<br><br>  v.<br><br>NATIONAL RIFLE ASSOCIATION OF AMERICA POLITICAL VICTORY FUND, *et al.*,<br><br>   *Defendants*. | Case No. 1:21-cv-02887 (LLA) |

## JOINT STATUS REPORT

Pursuant to the Court's minute order of December 17, 2024, the parties hereby submit this joint status report. Undersigned counsel conferred by email on December 20, 23, 26, 30, and 31, 2024, for the purpose of discussing a new briefing schedule as directed by the Court. The parties respectfully request that this Court enter the following schedule:

- Plaintiff Giffords shall provide a proposed amended complaint to all Defendants by January 8, 2025. Defendants shall indicate whether they consent to the filing of the amended complaint by January 15, 2025.

- Should Defendants consent to the filing of the amended complaint, Giffords shall promptly file it pursuant to Federal Rule of Civil Procedure 15(a)(2), and the parties propose the following briefing schedule:

    o Responsive pleadings, including any motions to dismiss, shall be filed by March 7, 2025.

    o Responses to any motions to dismiss shall be filed by April 11, 2025.

    o Replies in support of any motions to dismiss shall be filed by April 25, 2025.

Should Defendants not consent to the filing of the amended complaint, Giffords anticipates filing a motion for leave to amend, with deadlines for responses and replies to be governed by the Federal

1

Rules of Procedure and the applicable local rules. Following the Court's decision on any such motion to amend, the parties respectfully request the Court enter a briefing schedule as follows:

- Responsive pleadings, including any motions to dismiss, shall be filed five weeks from the date of the Court's decision on the motion for leave to amend.

- Responses to any motions to dismiss shall be filed five weeks from the date the motion is filed.

- Replies in support of any motions to dismiss shall be filed two weeks from the date of the response.

Dated: December 31, 2024

Respectfully submitted,

/s/ Robert L. Avers
Charles R. Spies (Bar ID: 989020)
Robert L. Avers (MI0083)
DICKINSON WRIGHT PLLC
1825 Eye Street NW, Suite 900
Washington, DC 20006
(202) 466-5964
cspies@dickinsonwright.com
ravers@dickinsonwright.com
*Attorneys for the National Rifle Association of America & the National Rifle Association of America Political Victory Fund*

/s/ Scott A. Keller
Scott A. Keller
D.C. Bar No. 1632053
Lehotsky Keller Cohn LLP
200 Massachusetts Ave. NW, Suite 700
Washington, DC 20001
(512) 693-8350
scott@lkcfirm.com

Chris K. Gober
D.C. Bar No. 975981
The Gober Group PLLC
14425 Falcon Head Blvd. E-100
Austin, TX 78738
(512) 354-1783
cgober@vantage.network

/s/ Kevin P. Hancock
Adav Noti (DC Bar No. 490714)
Kevin P. Hancock (DC Bar No. 90000011)
CAMPAIGN LEGAL CENTER ACTION
1101 14th Street NW, Ste. 400
Washington, DC 20005
(202) 736-2200
anoti@campaignlegalcenter.org
khancock@campaignlegalcenter.org

David Pucino†
GIFFORDS LAW CENTER TO PREVENT GUN VIOLENCE
244 Madison Ave Suite 147
New York, NY 10016
(917) 524-7816
dpucino@giffords.org
† *Admitted* Pro Hac Vice
*Counsel for Plaintiff Giffords*

Eric Wang
D.C. Bar No. 974038
The Gober Group PLLC
1501 Wilson Blvd., Suite 1050
Arlington, VA 22209
(202) 417-3528
ewang@vantage.network
*Counsel for Defendant*
*Matt Rosendale for Montana*

*/s/ Jason B. Torchinsky*
Jason B. Torchinsky (D.C. Bar No. 976033)
Jonathan P. Lienhard (D.C. Bar No. 474253)
Holtzman Vogel Baran
Torchinsky Josefiak PLLC
2300 N Street NW, Suite 643
Washington, DC 20037
(202) 737-8808
jtorchinsky@holtzmanvogel.com
*Counsel for Defendant*
*Josh Hawley for Senate*